AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Ashlee Parker

Case No: 4:22CR00100-1

USM No: 13393-510

Date of Original Judgment: March 7, 2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

L. David Wolfe and Richard A. Grossman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____37____ months **is reduced to** ____30 months____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____March 7, 2023____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: JAN. 18, 2024

Judge's signature

Effective Date: February 1, 2024
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*